**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:09CR287** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **YER YANG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court *sua sponte.*

Paragraph 7(g) of the Order Setting Conditions of Release of Yer Yang (Filing No. 10) is modified to read:

> Abide by the following restrictions on personal associations, place of abode, or travel:    Not Leave the District of Minnesota.

**IT IS SO ORDERED.**

DATED this 5th day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge