IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR287 |
| | ) | |
| v. | ) | |
| | ) | |
| YER YANG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for leave to subpoena necessary witnesses *in forma pauperis* (Filing No. 73). The Court will grant the motion. Accordingly,

IT IS ORDERED that defendant's motion is granted. The Clerk of the Court shall issue subpoenas for:

>Lia Yang
>7367 21st Street
>Sacramento, California,

and

>True Lor
>2681 Sairfield Street, # 6
>Sacramento, California,

and the United States Marshal shall arrange for service of said subpoenas and shall provide airline transportation for the witnesses to appear for trial on:

**Monday, June 28, 2010, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as they may be called by the Court.

DATED this 21st day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court