IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR287 |
| | ) | |
| v. | ) | |
| | ) | |
| YER YANG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's second motion for leave to subpoena necessary witnesses *in forma pauperis* (Filing No. 96).  The Court will grant the motion.  Accordingly,

IT IS ORDERED that defendant's motion is granted.  The subpoena for Lee Vang shall be issued and served without cost to defendant.  Lee Vang shall be reimbursed for travel expenses to and from Omaha, Nebraska, and paid a witness fee.

DATED this 1st day of July, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court