IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR287 |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT OF ACQUITTAL |
| Yer Yang, | ) | |
| | ) | |
| Defendant. | ) | |

    The defendant having entered a plea of not guilty as to Count I of the indictment, and the jury having found the defendant not guilty,

    IT IS ORDERED that judgment of acquittal is entered as to Count I of the indictment and the defendant is discharged as to this count.

    DATED this 1st day of July, 2010.

BY THE COURT:

s/ Lyle E. Strom, Senior Judge
United States District Court