```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
             Plaintiff,       )            8:09CR287
                              )
        v.                    )
                              )
YER YANG,                     )              ORDER
                              )
             Defendant.       )
_____)
```

After being acquitted on Count I of the indictment,

IT IS ORDERED that Count II of the indictment is dismissed as to the defendant Yer Yang only,

DATED this 14th of October, 2010.

                                          BY THE COURT:

                                          /s/ Lyle E. Strom
                                          _____
                                          LYLE E. STROM, Senior Judge
                                          United States District Court